**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

AMANDA TAYLOR,                          *
                                        *
            Plaintiff,                  *
v.                                      *          No. 4:25-cv-00389-JJV
                                        *
FRANK BISIGNANO,                        *
Commissioner,                           *
Social Security Administration,         *
                                        *
            Defendant.                  *

## ORDER

Defendant filed an unopposed Motion to Remand this case (Doc. No. 9) pursuant to sentence four of 42 U.S.C. § 405(g) (1995):

> The court shall have the power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing.

The Commissioner seeks remand to conduct further proceedings and states opposing counsel has no objection to the requested remand.    Under the circumstances, a "sentence four" remand is appropriate.    *Buckner v. Apfel*, 213 F.3d 1006, 1010-11 (8th Cir. 2000).

Accordingly, the Commissioner's decision is reversed and remanded for action consistent with this opinion.    This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

SO ORDERED this 14th day of August 2025.


                                        _____
                                        JOE J. VOLPE
                                        UNITED STATES MAGISTRATE JUDGE