# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

| | | |
|---|---|---|
| AMANDA TAYLOR, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | No. 4:25-cv-00389-JJV |
| | * | |
| FRANK BISIGNANO, | * | |
| Commissioner, | * | |
| Social Security Administration, | * | |
| | * | |
| Defendant. | * | |

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is reversed and remanded for action consistent with the opinion in this case. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 14th day of August 2025.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE